WHITE and others *vs.* CONVERSE & PHELPS.

*Nil debet* is not a good plea to a declaration in debt on recognizance ; the statute relative to notice of matter to be given in evidence on the trial, to be served with the plea of *nil debet*, does not authorize that plea to be interposed in cases other than those in which before it was proper.

DEMURRER to a plea of *nil debet* put in to a declaration in debt on recognizance of bail in this court.

*A. Taber,* for the plaintiffs, in support of the demurrer, cited 1 *Cowen,* 670 ; 3 *Wendell,* 24.

*M. T. Reynolds,* for the defendants.

BY THE COURT. The plea is bad. It has been supposed by counsel that the language of the Revised Statutes in the section 2 *R. S.* 352, § 10, authorizing notice of matter intended to be proved on the trial to be given with the plea in certain cases, had changed the rule of pleading in allowing *nil debet* to be interposed in cases where heretofore it had not been permitted. This is a mistake. The language of the statute is "whenever he," the defendant, "shall plead *nil debet* to an action of debt on judgment," he may give notice, &c. The sole object of the statute in reference to this plea was to authorize notice of special matter to be given with the plea of *nil debet* in cases where *such plea* might *before* the statute have been put in according to the settled rules of pleading.

Judgment for plaintiffs.

END OF OCTOBER TERM.